# United States Bankruptcy Court
# Central District Of California

In re:
Olga Amparo Gomez

CHAPTER NO.: 7

CASE NO.: 2:10–bk–64056–BR

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☒ Debtor's Certification of Employment Income pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above that are not electronically filed you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002–1(c) and 5005–2, and Court Manual, section 2–1(a)(7).

   Chapter 7     Original only

**Please return the original or copy of this form with all required items to the following location:**

   255 E. Temple Street, Room 940, Los Angeles, CA 90012

If you have any questions, please contact the below–referenced Deputy Clerk:

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: December 20, 2010

**By: Brandi Hori**
**Deputy Clerk**

mccdn – Revised 12/2009

**8 – 1 / BHG**