# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name: Gomez, Olga Amparo

Atty Name (if applicable): Carl A. Lux

Street Address: c/o Carl A. Lux, Attorney For Debtor
2135 Santa Anita Ave.
Altadena, CA 91001

CA Bar No. (if applicable): 192963

Atty Fax No. (if applicable): ___

Filer's Telephone No.: ___

In re:

Gomez, Olga Amparo

Case No.: 10-64056

Chapter 7 _X_   11 ___   13 ___

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes ___    No _X_ - creditor is not being added, amendment to correct nature of debt

Indicate below which schedule(s) and/or statement(s) being amended.

A ___   B ___   C _X_   D ___   E ___   ___   G ___   H ___   I ___   J ___

Statement of Social Security Number(s) ___     Statement of Financial Affairs ___

Statement of Intention ___     Other ___

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I, Olga Amparo Gomez, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: 02/23/2011

*(signature)*
Debtor Signature

Co-Debtor Signature

**FOR COURT USE ONLY**

*SEE REVERSE SIDE*

B-1008 *Revised November 2003*

## **PROOF OF SERVICE**

I Carl A. Lux, hereby certify that a true and correct copy of the foregoing amendments have been served upon the Trustee by electronic service and upon all creditors and parties in interest by first class mail whose names and addresses are set forth in the attached Exhibit A.

DATED: 02/25/2011

Carl A. Lux
Print or Type Name

*Carl A. Lux* (signature)
*Signature*

See attached Exhibit A

B-1008 *Revised November 2003*

HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ  85712-1083

CITIBANK
PO BOX 6241
SIOUX FALLS SD  57117 SD 57117-6241

CITIBANK/SEARS
PO BOX 6241
SIOUX FALLS SD 57117-6241

HOME DEPOT/CITIBANK
PO BOX 6497
SIOUX FALLS SD  57117 SD 57117-6497

HSBC RETAIL SERVICES
90 CHRISTIANA RD
NEW CASTLE DE 19720-3118

MACYS
PO BOX 8218
MASON OH 45040-8218

United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017-5524

David A Gill (TR)
Danning, Gill, Diamond & Kollitz
2029 Century Park East, 3rd Floor
Los Angeles, CA 90067-2901

by electronic service

**United States Bankruptcy Court**
**Central District of California**

IN RE:     Case No. **10-64056**

**Gomez, Olga Amparo**     Chapter **7**

Debtor(s)

## AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 2,280.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $ 10,114.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 532.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 790.00 |
| TOTAL | | 13 | $ 2,280.00 | $ 10,114.00 | |

**United States Bankruptcy Court**
**Central District of California**

IN RE:                                                    Case No. **10-64056**

**Gomez, Olga Amparo**                                Chapter **7**
                                      Debtor(s)

**AMENDED STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)**

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| **TOTAL** | $ | **0.00** |

**State the following:**

| | | Amount |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 532.00 |
| Average Expenses (from Schedule J, Line 18) | $ | 790.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 1,132.00 |

**State the following:**

| | | | |
|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ | 0.00 |
| 4. Total from Schedule F | | $ | 10,114.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ | 10,114.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10)

IN RE **Gomez, Olga Amparo** _____ Case No. **10-64056** _____
                      Debtor(s)                                                                                                                                        (If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Checking** | CCCP § 703.140(b)(5) | 30.00 | 30.00 |
| **Furnishings** | CCCP § 703.140(b)(3) | 150.00 | 150.00 |
| **Clothing** | CCCP § 703.140(b)(3) | 100.00 | 100.00 |
| **Chevrolet Cavalier 2000** | CCCP § 703.140(b)(2) | 2,000.00 | 2,000.00 |
| | CCCP § 703.140(b)(5) | 2,000.00 | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6F (Official Form 6F) (12/07)

IN RE **Gomez, Olga Amparo** _____    Case No. **10-64056**
                            Debtor(s)                                            (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **554426000351....**<br>**CITIBANK**<br>**PO BOX 6241**<br>**SIOUX FALLS, SD 57117, SD 57117** | | | **03/2004 - Credit Card** | | | | **8,623.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

_____ continuation sheets attached

Subtotal (Total of this page) $ **8,623.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **8,623.00**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only